HENRY A. TWEED, Appellee, v. F. C. HATCH, Appellant.
(Civil No. 182.)

APPEAL from the District Court of the Second Judicial
District in and for the County of Maricopa.

No appearance for Appellant.

Sumner Howard, for Appellee.

January 7, 1887.  Dismissed.

———————

J. W. ANDERSON, Appellee, v. M. W. STEWART, Appellant.  (Civil No. 181.)

APPEAL from the District Court of the Second Judicial
District in and for the County of Maricopa.

No appearance for Appellant.

Sumner Howard, for Appellee.

January 7, 1887.  Dismissed.

———————

J. L. B. ALEXANDER, Appellee, v. N. A. MORFORD,
Appellant.  (Civil No. 184.)

APPEAL from the District Court of the Second Judicial
District in and for the County of Maricopa.

No appearance for Appellant.

Sumner Howard, for Appellee.

January 7, 1887.  Dismissed.